UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 13 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| LEWIS W. SPILLER | ) | CIVIL ACTION NO. |
| | ) | 1:04-CV 3004 -JOF- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REGIONS FINANCIAL CORPORATION AND REGIONS BANK | ) | Jury trial demanded |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(i) and other applicable law, hereby dismisses the above-styled action with prejudice.

This 6th day of January, 2005.

_____
Robert C. D. McDonald
Georgia Bar No. 489600

The Law Offices of Robert C. D. McDonald, P.C.
6045 Atlantic Boulevard
Norcross, Georgia 30071
(770) 662-1550

Counsel for Plaintiff

Entered as dismissed pursuant to Rule 41(a)(1)(i)(ii), F.R.C.P.

Luther D. Thomas, Clerk
By: _____
Deputy Clerk